UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDIBLE ARRANGEMENTS, LLC, a Connecticut limited liability company, and **EDIBLE ARRANGEMENTS INTERNATIONAL, LLC,** a Delaware limited liability company,<br><br>*Plaintiffs,*<br>v.<br><br>ADMARKETPLACE, INC.,<br><br>*Defendant.* | Case No.<br><br>Hon. |

## CERTIFICATE OF SERVICE

I certify that I served:

**PLAINTIFFS' MOTION TO COMPEL THIRD-PARTY ADMARKETPLACE TO RESPOND TO SUBPOENA *DUCES TECUM* AND NOTICE OF HEARING and MEMORANDUM OF LAW IN SUPPORT OF MOTION**

on  September 17, 2014  by:

        X   mailing (via U.S. First Class Mail)

a copy to:

    Peter Chiaro
    Adam Epstein
    adMarketplace, Inc.
    3 Park Avenue, 27th Floor
    New York, NY  10016
and
    Erin M. Hickey
    Lisa M. Martens
    Fish & Richardson P.C.
    12390 El Camino Real
    San Diego, CA, 92130

*/s/ Krisanne Schmidt*