UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **EDIBLE ARRANGEMENTS, LLC,** a Connecticut limited liability company, and **EDIBLE ARRANGEMENTS INTERNATIONAL, LLC,** a Delaware limited liability company,<br><br>*Plaintiffs,*<br>v.<br><br>**ADMARKETPLACE, INC.,**<br><br>*Defendant.* | Case No. 1:14-mc-00308-P1 |

# NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION TO COMPEL THIRD-PARTY ADMARKETPLACE TO RESPOND TO SUBPOENA *DUCES TECUM* WITHOUT PREJUDICE

Plaintiffs Edible Arrangements, LLC and Edible Arrangements International, LLC, by and through their attorneys, Brooks Kushman P.C., hereby withdraw their Motion to Compel Third-Party AdMarketplace to Respond to Subpoena *Duces Tecum* without prejudice.

Respectfully submitted,

/s/ Rebecca J. Cantor
REBECCA J. CANTOR (RC 7631)
**BROOKS KUSHMAN P.C.**
1000 Town Center, Twenty-Second Floor
Southfield, Michigan 48075
Tel: (248) 358-4400 / Fax: (248) 358-3351
Email: rcantor@brookskushman.com

Dated: October 17, 2014

KEVIN WALSH (Fed. Bar. No. ct02116)
WILLIAMS, WALSH & O'CONNOR, LLC
37 Broadway
North Haven, CT 06473
Tel: (203) 234-6333 / Fax: (203) 234-6330
Email: kwalsh@wwolaw.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on <u>October 17, 2014</u>, I electronically filed the foregoing **NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION TO COMPEL THIRD-PARTY ADMARKETPLACE TO RESPOND TO SUBPOENA *DUCES TECUM* WITHOUT PREJUDICE** with the Clerk of the Court for the Southern District of New York using the ECF System which will send notification to the registered participants of the ECF System as listed on the Court's Notice of Electronic Filing.

I also certify that I have mailed by United States Postal Service the paper to the following non-participants in the ECF System:

    Peter Chiaro
    Adam Epstein
    adMarketplace, Inc.
    3 Park Avenue, 27th Floor
    New York, NY  10016

and

    Erin M. Hickey
    Lisa M. Martens
    Fish & Richardson P.C.
    12390 El Camino Real
    San Diego, CA, 92130


    **BROOKS KUSHMAN P.C.**

    /s/ Rebecca J. Cantor
    REBECCA J. CANTOR (RC 7631)
    1000 Town Center, Twenty-Second Floor
    Southfield, Michigan 48075
    Tel:  (248) 358-4400 / Fax:  (248) 358-3351
    Email:  rcantor@brookskushman.com